IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION<br>By and through its loan servicing agent<br>SALLIE MAE INC.<br>    Plaintiff<br>        vs., <br><br>JOSE DE JESUS<br>    Defendant. | CIVIL ACTION NO. 05-2145 (JAF)<br>COLLECTION OF MONIES |

## JUDGMENT

Default having been entered against defendant, JOSE DE JESUS, and plaintiff's evidence supporting the allegations of the complaint, the Court finds JOSE DE JESUS liable to the HICA ELC in the amount of $16,174.34 as principal, toguether with accrued interest in the amount of $1,15144.74 through January 3, 2006, percentage rate which is equal to a variable rate which is calculated by the Secretary of Treasury and additional interest thereafter at an annual rate which is equal to a variable rate which is calculated by the Secretary of Treasury for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one (91) day U.S. Treasury Bills auctioned during the preceding quarter, plus three (3%) percent, rounding up this figure to the nearest 1/8 of 1%, all as per the Note, until fully paid or satisfied, plus reasonable attorney fees.

    SO ORDERED AND ADJUDGED.

    At San Juan, Puerto Rico, on 23rd of Januray, 2006.

                                          S/JOSE A. FUSTE
                                          HON. JOSE A. FUSTE
                                          United States District Judge

JUGM. JOSE DE JESUS